AO 458 (Rev. 10/95) Appearance

# UNITED STATES DISTRICT COURT

| SOUTHERN | DISTRICT OF | CALIFORNIA |

UNITED STATES OF AMERICA,
        Plaintiff,
   v.
EMAD SALAHSHOOR,
        Defendant.

**APPEARANCE**

Case Number: 07MJ2874

To the Clerk of this court and all parties of record:

   Enter my appearance as counsel in this case for
   EMAD SALAHSHOOR

   I certify that I am admitted to practice in this court.

12/14/2007
Date

/s/ SHAFFY MOEEL
Signature

Shaffy Moeel / Federal Defenders of SD     238732
Print Name     Bar Number

225 Broadway, Suite 900
Address

San Diego, CA  92101
City     State     Zip Code

(619) 234-8467     (619) 687-2666
Phone Number     Fax Number

## CERTIFICATE OF SERVICE

      Counsel for Defendant certifies that the foregoing pleading is true and accurate to the best of her information and belief, and that a copy of the foregoing document has been served this day upon:

**U S Attorney CR**
Efile.dkt.gc2@usdoj.gov

Dated: December 14, 2007                      _/s/ Shaffy Moeel_
                                                                         SHAFFY MOEEL
                                                                        Federal Defenders of San Diego, Inc.
                                                                        225 Broadway, Suite 900
                                                                        San Diego, CA 92101-5030
                                                                        (619) 234-8467  (tel)
                                                                        (619) 687-2666  (fax)
                                                                        e-mail: Shaffy_Moeel@fd.org